UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DYESHELLA SINGLETON,

    Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

CASE NO. C08-5238RJB

ORDER TO PERFECT SERVICE AND FILE PROOF OF SERVICE

  The Court, having reviewed the record, does hereby find and ORDER:

  (1) Plaintiff's application to proceed in forma pauperis was granted by the court, and the court explained it is plaintiff's responsibility to properly serve copies of his complaint along with the appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure. At this time the record does not show that the complaint has been properly served.

  With regard to a social security complaint, Rule 4(i) requires plaintiff to serve a summons and copy of complaint on the following entities: (a) the <u>United States attorney</u> for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or the civil process clerk at the office of the United States attorney; (b) the <u>Attorney General</u> of the United States at Washington, District of Columbia; and (c) the officer or agency.

  (2) Significantly, Rule 4(i)(3) requires the court to allow reasonable time for plaintiff to cure a

ORDER
Page - 1

failure to serve the multiple entities, if the plaintiff has effected service on either the United States attorney or the Attorney General of the United States. Accordingly, plaintiff is GRANTED **thirty (30) days** leave to perfect service in this case and to file proof of such service. Otherwise, the court will recommend dismissal of this case for failure to prosecute the matter.

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel.

DATED this 26th day of August, 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge