UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DYESHELLA SINGLETON,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of
Social Security Administration,

    Defendant.

Case No. C08-5238RJB

ORDER ADOPTING REPORT
AND RECOMMENDATION
AND DISMISSING CASE
WITHOUT PREJUDICE

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 8) and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff has failed to properly serve the complaint. Plaintiff's complaint and causes of action are **DISMISSED WITHOUT PREJUDICE** for lack of prosecution;

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 9th day of December, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1